THOMAS *v.* CITY OF DETROIT, DEPARTMENT
OF STREET RAILWAYS

Appeal from Wayne, Murphy (Thomas J.), J.
Submitted Division 1 November 12, 1968, at Detroit.
(Docket No. 4,479.)   Decided November 27, 1968.

Complaint by Bennie F. Thomas, administrator
of the estate of Elizabeth S. Thomas, deceased,
against the City of Detroit, department of street
railways, a municipal corporation, to recover for
injuries and death resulting from a collision between
plaintiff's automobile and defendant's bus.   Judg-
ment for defendant.   Plaintiff appeals.   Affirmed.

*Albert Lopatin* (*Frances R. Avadenka,* of coun-
sel), for plaintiff.

*Manuel Zechman,* General Counsel, and *Benjamin
Kinser,* Senior Attorney, for defendant.

PER CURIAM.   This case involves an intersectional
accident between an automobile and a D.S.R. bus.
The crucial question at trial centered around the
question of who had the green light.   Plaintiff's and
defendant's witnesses contradicted each other on
this key issue.   The trial court, sitting without a
jury, decided the issue in favor of the defendant and
entered a judgment of no cause of action.

On appeal, plaintiff contends that the judgment
was erroneous and contrary to the evidence pre-

sented. The transcript, however, supports the findings of fact made by the trial court.

Additionally, plaintiff complains that the trial court interfered with his presentation of proofs and thus deprived him of a fair trial. Again, we look to the record. While the court asked more than the usual number of questions during the course of the trial, such questions were necessary to clarify prior testimony in order that the fact finder could make a determination of what happened in the instant case. We find no error in this respect.

Affirmed. Costs to appellant.

LESINSKI, C. J., and J. H. GILLIS and BEER, JJ., concurred.